# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: 23MJ1087

The person charged as Kevin C. Dills now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Massachusetts with: 1) Conspiracy to Commit Securities Fraud, in violation of 18 U.S.C. Section(s) § 371; and 2) Securities Fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2.

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: March 24, 2023

Alexander E. Murray
Special Agent
Federal Bureau of Investigation

Reviewed and Approved

Dated: 3/27/23

Assistant United States Attorney

ASHLEY A. KAINO-ALLEN